IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bernadine Kelly and Alice Hall, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.  11 C 1069 |
| ) | |
| Weltman, Weinberg & Reis Co., L.P.A., ) | Judge Coleman |
| an Ohio limited professional associates, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiffs, pursuant to F.R.C.P. Rule 41, hereby stipulate to the dismissal of their claims against the Defendant with prejudice.

Dated: April 4, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on April 4, 2011, by 5:00 p.m.

Eileen M. Bitterman, Compliance Officer
Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Brooklyn Heights, Ohio 44131

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com