UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Bernadine Kelly, et al.
                                       Plaintiff,

v.                                        Case No.: 1:11−cv−01069
                                        Honorable Sharon Johnson Coleman

Weltman, Weinberg & Reis Co., L.P.A.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 19, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:Civil case terminated pursuant to joint stipulation of dismissal with prejudice [9] pursuant to FRCP 41. Civil case terminated. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.